People of State of Illinois ex rel. Robert Ryan, Appellant, v. City of Chicago and Edward J. Gorman, Appellees.

Gen. No. 43,852.

336

opinion filed February 3, 1947; released for publication February 17, 1947. Howard D. Geter, for appellant; Barnet Hodes, Corporation Counsel, for appellees; J. Herzl Segal, Head of Appeals and Review Division, Fred V. Maguire and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.